UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

CASE NO.: 09-80770-CIV-MARRA/JOHNSON

NATURE'S EARTH PRODUCTS, INC.,
a Florida corporation,

    Plaintiff,

v.

PLANETWISE PRODUCTS, INC.,
an Arkansas corporation,

    Defendant.
_____/

### DEFENDANT/COUNTER-CLAIM PLAINTIFF PLANETWISE PRODUCTS, INC.'S MOTION FOR LEAVE, UNDER RULE GENERAL RULE 7.1(c), TO FILE A SUR-REPLY MEMORANDUM OF LAW IN PARTIAL OPPOSITION TO PLAINTIFF NEP'S MOTION TO DISMISS ITS COMPLAINT, WITH PREJUDICE

**COMES NOW**, the Defendant, Planetwise Products, Inc. ("Planetwise"), by and through undersigned counsel, to hereby respectfully submit its Motion for Leave to File a Sur-Reply Memorandum of Law in Partial Opposition to Plaintiff, Nature's Earth Products, Inc.'s, Motion to Dismiss its Complaint, with Prejudice. In the alternative, Defendant would ask this Court to strike Plaintiff's Reply Memorandum on the ground that it improperly raises new matters.

On September 1, 2010, the Plaintiff herein, Nature's Earth Products, Inc. ("NEP"), filed a Motion to Dismiss its own Complaint, With Prejudice, pursuant to the provisions of Rule 41, Fed. R. Civ. P. [DE 51]. Notably, in its aforedescribed motion, NEP did not state a single reason underlying the Motion to Dismiss its own case.

Subsequent to the filing of NEP's afore-described motion to dismiss its own case, on behalf of Planetwise, a Memorandum in Partial Opposition was filed, on September

1

20, 2010 [DE 54], whereby Planetwise objected, not to the dismissal, and not to the "with prejudice" portion of NEP's Rule 41 application, but rather requested the Court to grant attorneys' fees and costs to Planetwise's Defendant, on "terms that the Court considers proper" under Rule 41(a)(2), Fed. R. Civ. P.

On October 8, 2010, NEP filed its Reply Memorandum [DE 60]. In the context of that Reply Memorandum, NEP has, for the first time, cited a number of alleged reasons for the requested dismissal of its own case. In addition, the submission is replete with exhibits. More crucially, perhaps, Defendant takes issue with both the factual assertions and legal arguments set forth by NEP therein, not to mention the out-of-circuit cases relied upon by NEP. Accordingly, Defendant, Planetwise, seeks an opportunity to respond to all of these new matters raised and the case law cited by NEP.

Furthermore, in the interregnum between the filing of NEP's Motion to Dismiss its own case and the present time, NEP has, oddly enough, also filed a Motion to Amend its Complaint [DE 59]. Planetwise intends to vigorously oppose that motion, for reasons that will be discussed, at greater length, in Planetwise's contemplated opposition papers in connection with that (non-sequitur) application.

For the present time, however, Planetwise respectfully requests, in light of all of the foregoing, that this Court grant leave, pursuant to the provisions of Local General 7.1(c), S.D. Fla., for Planetwise to submit a Sur-Reply Memorandum in Partial Opposition to NEP's Motion to Dismiss its Complaint for Patent Infringement and would ask the Court, in granting same, to allow ten (10) days from the date of the Order within which to file said Sur-Reply Memorandum.

In the alternative, Defendant asks the Court to strike the Reply Memorandum of NEP, primarily on the ground that it includes matters which are not merely a rebuttal of points made in the Defendant's opposition papers. Moreover, NEP's Reply raises, as previously mentioned, points not made, and rationales for the dismissal sought by NEP, not raised, or even alluded to in NEP's original motion papers. *See* Local General Rule 7.1 ( c ), S.D. Fla.

This is Defendant's first request in the case at bar to submit a Sur-Reply Memorandum of Law. The instant motion is not brought for purposes of delay, or any other dilatory motives, and there will be no prejudice from the relief requested herein.

**WHEREFORE**, the Defendant/Counter-Plaintiff, Planetwise Products, Inc., hereby respectfully prays for an Order granting leave for Planetwise to file a Sur-Reply Memorandum of Law in Partial Opposition to the Plaintiff, NEP's, Motion to Dismiss its Complaint for Patent Infringement, with Prejudice, and to allow the filing of said Sur-Reply Memorandum within ten (10) days of the Court's Order granting such leave.

Dated: October 8, 2010

    Miami, Florida

                                  Respectfully submitted,

                                      /s/ Ira Cohen
                                Ira Cohen, Esq.
                                Fla. Bar No.: 0359882
                                Silver, Garvett & Henkel, P.A.
                                18001 Old Cutler Road, Suite 600
                                Miami, FL 33157
                                Tel.: (305) 377-8802
                                Fax: (305) 377-8804
                                E-mail: ic@sghpa.com
                                *Attorneys for Defendant*

*Planetwise Products, Inc.*

## CERTIFICATION UNDER LOCAL GENERAL RULE 7.1A.3

The undersigned Attorney hereby certifies that he, counsel for the Movant, has attempted to confer, both orally and in writing, with all parties or non-parties who(which) may be affected by the relief sought in the foregoing Motion in a good faith effort to resolve the issues raised in the Motion, and that Plaintiff's counsel, Scott W. Dangler, Esq., has objected to the relief sought by this motion.

By: _____/s/ Ira Cohen_____
Ira Cohen, Esq.
Fla. Bar No.: 0359882

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. I also certify that a copy of the foregoing will be served on all counsel of record either via Notice of Electronic Filing transmission generated by the CM/ECF system or in some other manner authorized by the Federal Rules of Civil Procedure for counsel or parties not authorized to receive Notices of Electronic Filing from this Court.

_____/s/ Ira Cohen_____
Ira Cohen, Esq.
Fla. Bar No.: 0359882
Silver, Garvett & Henkel, P.A.
18001 Old Cutler Road, Suite 600
Miami, FL 33157
Tel.: (305) 377-8802
Fax: (305) 377-8804
E-mail: ic@sghpa.com
*Attorneys for Defendant,*
*Planetwise Products, Inc.*