UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80770-CIV-MARRA/JOHNSON

NATURE'S EARTH PRODUCTS, INC.,
a Florida corporation,

       Plaintiff,

vs.

PLANETWISE PRODUCTS, INC.,
an Arkansas corporation,

       Defendant.

_____/

**ORDER ON DEFENDANT'S MOTION FOR**
**LEAVE TO FILE SUR-REPLY MEMORANDUM**

       **THIS CAUSE** having come before the Court on the Defendant's Motion for Leave to

File a Sur-Reply Memorandum of Law in Partial Opposition to the Plaintiff's Motion to Dismiss

Complaint for Patent Infringement, with Prejudice, and the Court having reviewed the pleadings

and being otherwise fully advised in the premises, it is

       **ORDERED AND ADJUDGED** as follows: 1) The Defendant's Motion for Leave to File

a Reply Memorandum, as above-described, is hereby **DENIED**.

       DONE and ORDERED in Chambers in West Palm Beach, Florida this _____ of October,

2010.

                                  _____

                                   HONORABLE KENNETH A. MARRA
                                    United States District Judge

Copies furnished to:
Counsel of Record